07 CIV 7521

Helene M. Freeman (HF-3066)
Sandra Edelman (SE-6853)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York  10177
(212) 415-9200

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

THE INSTITUTE OF ELECTRICAL AND
ELECTRONICS ENGINEERS, INC.,

          Plaintiff,

          -against-

TAYLOR & FRANCIS GROUP, LLC AND CRC
PRESS, an imprint of TAYLOR & FRANCIS
GROUP, doing business as TAYLOR &
FRANCIS/CRC PRESS, formerly known as CRC
PRESS, LLC,

          Defendants.

**COMPLAINT**

---

Plaintiff THE INSTITUTE OF ELECTRICAL AND ELECTRONICS

ENGINEERS, INC., by its attorneys, Dorsey & Whitney, LLP, for its complaint against

defendants, alleges and shows:

    1.    This is an action for infringement of the copyrights in two books entitled

*Electrical Power Systems:  Design and Analysis* (1995) and *Electric Power Systems:*

*Design and Analysis* (1983) (collectively the "IEEE Works").

**PARTIES AND JURISDICTION**

2.    Plaintiff, The Institute of Electrical and Electronics Engineers, Inc.

(hereinafter "IEEE") is a not-for-profit technical professional association of 370,000

members, organized and existing under the Not-For-Profit Corporation law of the State of

New York.  It is a leading authority in technical subjects, including computer

engineering, telecommunications, electric power, aerospace and electronics.  Through the

IEEE Press, it publishes technical books in these fields, including archival works of

lasting value to its professional constituency, students and the public.

3.    Taylor & Francis Group, LLC is, upon information and belief, a for-profit

publisher, organized as a limited liability company under the laws of Delaware,

authorized to and conducting business in the State, County, and Southern District of New

York at 270 Madison Avenue, New York, New York.  Upon information and belief,

Taylor & Francis Group, LLC is a wholly owned subsidiary of Informa, Plc, an English

public company, which owns or controls a number of technical publishing imprints,

either directly or indirectly, including but not limited to CRC Press.

4.    Upon information and belief, CRC Press currently operates as an imprint or

division of Taylor & Francis Group, LLC and publishes books in scientific and technical

fields.  Upon information and belief, CRC Press previously was organized as a limited

liability company under the laws of the State of Delaware and presently conducts

business, directly or through Taylor & Francis Group LLC, in the State, County and City

of New York.

- 2 -

5.     The court has exclusive jurisdiction of this action pursuant to 28 U.S.C. § 1338(a). The action arises under the Copyright Act of 1976, 17 U.S.C. §§101 et seq.

6.     Venue lies in this district pursuant to 27 U.S.C. §§ 1391(b) and 1400.

## FACTS

7.     In or about 1981, Mohamed E. El-Hawary wrote an original book entitled *Electric Power Systems: Design and Analysis*, which was registered for U.S. Copyright in 1983, receiving registration certificate TX-1-154-418.

8.     By a written agreement dated November 30, 1994, Mohamed E. El-Hawary assigned the copyright in the work entitled *Electric Power Systems: Design and Analysis* in all countries to IEEE, including but not limited to the exclusive right to publish the registered work in all media and languages and to revise the work.

9.     In or about 1995, IEEE authored a revision of the work, adding new matter, including new text, and published its adaptation of the work on February 23, 1995 under the title *Electrical Power Systems: Design and Analysis* (hereinafter "*Electrical Power Systems Revised*").

10.     IEEE is the author and owner of the copyright in *Electrical Power Systems Revised*, which was registered on April 11, 1997, U.S. Copyright Registration No. TX-4-519-125.

11.     Upon information and belief, defendants Taylor & Francis Group, LLC and CRC Press have sold and distributed a book entitled *Electrical Energy Systems*, by Dr. Mohamed E. El-Hawary.

12.   In or about July, 2007, defendants announced the publication of a revision of the work entitled *Electrical Energy Systems* under the title *Electrical Energy Systems, Second Edition* and solicited orders for the purchase of the book.

13.   *Electrical Energy Systems* and *Electrical Energy Systems, Second Edition* are virtually identical copies of the organization, chapter titles and a substantial quantity of the text and illustrations of the IEEE Works.

14.   Upon learning of the sale of the Second Edition of *Electrical Energy Systems* and its predecessor, IEEE put defendants on notice that the CRC Press books infringed IEEE's copyrights in the IEEE Works.

15.   Notwithstanding IEEE's advice that it would not grant permission for the use of IEEE's copyrighted material in defendants' new book, defendants have informed plaintiff that they intended to proceed with publication of the Second Edition of *Electrical Energy Systems.*

## FIRST CLAIM

16.   IEEE repeats and realleges each and every allegation set forth in paragraphs 1 through 15 with the same force and effect as if separately set forth in full.

17.   The creation, manufacture and sale of the book *Electrical Energy Systems, Second Edition* by defendants infringes IEEE's copyrights in the IEEE Works.

18.   Defendants' infringement of IEEE's Works was knowing and willful.

19.   Defendants' continued manufacture, sale and distribution of copies of *Electrical Energy Systems, Second Edition* has caused and will continue to cause irreparable injury to IEEE unless restrained by this Court.

20.    IEEE has no adequate remedy at law.

## SECOND CLAIM

21.    IEEE repeats and realleges each and every allegation set forth in paragraphs 1 through 15 with the same force and effect as if separately set forth in full.

22.    The manufacture, sale and distribution of copies of "Electrical Energy Systems" by defendants infringes the copyrights in the IEEE Works.

23.    The sale and distribution of *Electrical Energy Systems* by defendants has caused damage to IEEE.

24.    The continued sale and distribution of defendants' infringing work will cause irreparable injury to IEEE unless restrained by this Court.

25.    IEEE has no adequate remedy at law.

WHEREFORE, plaintiff demands judgment against defendants:

1.    Preliminarily and permanently enjoining defendants, their officers, agents, employees, successors or assigns, and all persons acting in concert or participation with them or anyone of them from manufacturing, publishing, distributing or selling copies of *Electrical Energy Systems, Second Edition*, *Electrical Energy Systems* or any other work copied or derived from the copyrighted works owned by IEEE;

2.    Impounding during the pendency of this action all copies of materials in defendants' possession, custody or control which infringe upon the copyrights in the IEEE Works and delivering up to IEEE for destruction or other

disposition within thirty (30) days of entry of final judgment herein, any and all such infringing materials in defendants' possession, custody or control;

     3.    Awarding IEEE damages, including IEEE's actual damages as a result of defendants' copyright infringement and defendants' profits from ***Electrical Energy Systems*** and ***Electrical Energy Systems, Second Edition***;

     4.    Awarding IEEE statutory damages pursuant to 17 U.S.C. § 504(c);

     5.    Awarding IEEE the costs incurred in this action, including its attorneys' fees, pursuant to 17 U.S.C. § 505; and

     6.    Such other and further relief as to the Court seems just and proper.

Dated:    New York, New York        DORSEY & WHITNEY LLP
        August 24, 2007

By                   
            Helene M. Freeman
            Sandra Edelman
            250 Park Avenue
            New York, NY 10177
            (212) 415-9200

            Attorneys for Plaintiff
            The Institute of Electrical and
            Electronics Engineers, Inc.