JUDGE BAER

Helene M. Freeman (HF-3066)
Sandra Edelman (SE-6853)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Plaintiff

**07 CIV 7521**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


RECEIVED
AUG 24 2007
U.S.D.C. S.D.N.Y.
CASHIERS

---

THE INSTITUTE OF ELECTRICAL AND
ELECTRONICS ENGINEERS, INC.,

          Plaintiff,

-against-

TAYLOR & FRANCIS GROUP, LLC AND CRC
PRESS, an imprint of TAYLOR & FRANCIS
GROUP, doing business as TAYLOR &
FRANCIS/CRC PRESS, formerly known as CRC
PRESS, LLC,

          Defendants.

**RULE 7.1 STATEMENT**

---

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    There are none.

Date: August 24, 2007

                                              */s/ Helene M. Freeman*
                                              Helene M. Freeman
                                              HF 3066