AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

The Institute of Electrical and Electronics Engineers, Inc.,

V.

Taylor & Francis Group, LLC and CRC press, an imprint of Taylor & Francis Group, d/b/a Taylor & Francis/CRC Press f/k/a CRC Press, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 7521**

**JUDGE BAER**

TO: (Name and address of Defendant)

Taylor & Francis Group LLC
Taylor & Francis/CRC Press
270 Madison Avenue
New York, NY 10016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Helene M. Freeman, Esq.
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

AUG 2 4 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                   *Signature of Server*

                                                      _____
                                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                                  ss:
COUNTY OF NEW YORK        )

      Gary Gonzalez, being duly sworn, says: I am not a party to this action, am over 18 years of age and am employed by Dorsey & Whitney LLP, 250 Park Avenue, New York, New York 10177.

      On Monday, August 27, 2007, at approximately 10:45 a.m., I personally served copies of the Summons, Complaint, Civil Cover Sheet and Individual Rules of Judge Baer upon Taylor & Francis Group, LLC and CRC Press by hand delivering said documents to Vice President Len Cornacchia who indicated he was authorized to accept service of the papers.

Description of Len Cornacchia; Sex-Male; Race-White; Age- 44-47; Height- 6'-6'2''; Weight- 215-230; Hair-brown with some gray.

Gary Gonzalez

Sworn to before me on the
27th day of August 2007

TERRI-ANN TERTECHNY
Notary Public, State of New York
No. 01TE4697461
Qualified in Queens County
Commission Expires March 30, 20 11