```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07
```

Helene M. Freeman (HF-3066)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Plaintiff

Joseph W. Muccia (JM-0197)
THELEN REID BROWN RAYSMAN
& STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE INSTITUTE OF ELECTRICAL AND        :  07 Civ 7521
ELECTRONICS ENGINEERS, INC.,           :
                                       :
                 Plaintiff,            :  **STIPULATION AND ORDER**
                                       :
        -against-                      :
                                       :
TAYLOR & FRANCIS GROUP, LLC AND CRC    :
PRESS, an imprint of TAYLOR & FRANCIS  :
GROUP, doing business as TAYLOR &      :
FRANCIS/CRC PRESS, formerly known as CRC :
PRESS, LLC,                            :
                                       :
                 Defendants.           :
                                       :
------------------------------------------------------------X

IT HEREBY IS STIPULATED AND AGREED by and between the undersigned counsel for the indicated parties that: (1) the time of Defendants to answer, move or otherwise plead with respect to the Complaint in the captioned action be and hereby is adjourned to and until October 1, 2007; and (2) Defendants shall not distribute copies of the book entitled

*Electrical Energy Systems, Second Edition* from the date of this Stipulation through October 1, 2007.

Dated: New York, New York
September 13, 2007

| THELEN REID BROWN RAYSMAN & STEINER LLP | DORSEY & WHITNEY LLP |
|---|---|
| By _____<br>Joseph W. Muccia<br>Attorneys for Defendants<br>875 Third Avenue<br>New York, NY 10022<br>Tel. 212.603.2000 | By _____<br>Helene M. Freeman<br>Attorneys for Plaintiff<br>250 Park Avenue<br>New York, New York 10177<br>Tel. 212.415.9200 |

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

NY #1187605 v1

-2-