**THELEN REID BROWN RAYSMAN & STEINER**

Joseph W. Muccia
212.603.2436 Direct Dial
212.202.6256 Direct Fax
jmuccia@thelen.com

USBS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07

RECEIVED
SEP 26 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

September 27, 2007

**BY TELECOPY**

Hon. Harold Baer, Jr.
United States District Court, Southern District
of New York
500 Pearl Street
Room 2230
New York, New York 10007

    Re:    **Civil Action No. 07-cv-7521; Institute of Electrical and Electronics Engineers, Inc. v. Taylor & Francis Group, LLC, et al.**

Dear Judge Baer:

    This firm is local counsel to the Defendants in the referenced action. Defendants first received a copy of the summons and complaint in this matter on August 27, 2007. By Stipulation so ordered by the Court on September 17, 2007, the time for Defendants to answer, move or otherwise plead with respect to the summons and complaint was adjourned to October 1, 2007.

    The parties are presently engaged actively in discussions aimed at determining if there is a basis to resolve the dispute between them outside of litigation. To facilitate these discussions, the parties have agreed to a further, very brief adjournment of the time to answer, move or otherwise plead to October 5, 2007.

    It is alleged in the complaint that Defendants infringed Plaintiff's copyright in two books by distribution of related works. Plaintiff's counsel has stipulated to the requested adjournment to October 5 provided that one edition of the books at issue is not shipped by Defendants during the period of the extension. Defendants have stipulated that the edition will not be shipped in the period of the extension.

    I have enclosed a proposed Stipulation reflecting this arrangement, executed by counsel for Plaintiffs and by me. The parties respectfully request that the Court so-order the Stipulation.

A copy of this letter and its enclosure are being simultaneously telecopied to Plaintiff's counsel.

Respectfully submitted,

Joseph W. Muccia

JWM/zs
Enclosure

cc: Helene M. Freeman (by telecopy)
Attorney for Plaintiff

NY #1187560 v3

*adjournment to Oct 5, 07*
*OK*
SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 10/1/07

Helene M. Freeman (HF-3066)
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Plaintiff

Joseph W. Muccia (JM-0197)
THELEN REID BROWN RAYSMAN
& STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
THE INSTITUTE OF ELECTRICAL AND        :   07 Civ 7521
ELECTRONICS ENGINEERS, INC.,           :
                                       :
            Plaintiff,                 :   **STIPULATION AND ORDER**
                                       :
    -against-                          :
                                       :
TAYLOR & FRANCIS GROUP, LLC AND CRC    :
PRESS, an imprint of TAYLOR & FRANCIS  :
GROUP, doing business as TAYLOR &      :
FRANCIS/CRC PRESS, formerly known as CRC :
PRESS, LLC,                            :
                                       :
            Defendants.                :
                                       :
------------------------------------X

      IT HEREBY IS STIPULATED AND AGREED by and between the undersigned counsel for the indicated parties that: (1) the time for Defendants to answer, move or otherwise plead with respect to the Complaint in the captioned action be and hereby is adjourned to and until October 5, 2007; and (2) Defendants shall not distribute copies of the book entitled

*Electrical Energy Systems, Second Edition* from the date of this Stipulation through October 5, 2007.

Dated: New York, New York
September 27, 2007

| THELEN REID BROWN RAYSMAN & STEINER LLP | DORSEY & WHITNEY LLP |
|---|---|
| By _____ <br> Joseph W. Muccia <br> Attorneys for Defendants <br> 875 Third Avenue <br> New York, NY 10022 <br> Tel. 212.603.2000 | By _____ <br> Helene M. Freeman <br> Attorneys for Plaintiff <br> 250 Park Avenue <br> New York, New York 10177 <br> Tel. 212.415.9200 |

S O ORDERED:

_____
Harold Baer, Jr., U.S.D.J.

NY #1187605 v1

-2-