THELEN REID BROWN
RAYSMAN & STEINER

SILICON VALLEY · HARTFORD · NORTHERN NEW JERSEY · SHANGHAI

Joseph W. Muccia
212.603.2436 Direct Dial
212.202.6256 Direct Fax
jmuccia@thelen.com

**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 10/11/07

RECEIVED

OCT 05 2007

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

October 5, 2007

**BY TELECOPY**

Hon. Harold Baer, Jr.
United States District Court, Southern District
of New York
500 Pearl Street
Room 2230
New York, New York 10007

> Re:   **Civil Action No. 07-cv-7521; Institute of Electrical and Electronics Engineers, Inc. v. Taylor & Francis Group, LLC, et al.**

Dear Judge Baer:

This firm is local counsel to the Defendants in the referenced action. Defendants first received a copy of the summons and complaint in this matter on August 27, 2007. By Stipulations so ordered by the Court on September 17 and October 1, 2007, the time for Defendants to answer, move or otherwise plead with respect to the summons and complaint was adjourned to October 5, 2007.

The parties are presently engaged actively in discussions aimed at determining if there is a basis to resolve the dispute between them outside of litigation. I am authorized to report that the parties have made progress, and hope that additional efforts next week will enable them to reach a resolution before the pre-trial conference scheduled for November 1, 2007. To facilitate this resolution, the parties have agreed to a further, very brief adjournment of the time to answer, move or otherwise plead to October 12, 2007.

It is alleged in the complaint that Defendants infringed Plaintiff's copyright in two books by distribution of related works. Plaintiff's counsel has stipulated to the requested adjournment to October 12 provided that one edition of the books at issue is not shipped by Defendants during the period of the extension. Defendants have stipulated that the edition will not be shipped in the period of the extension.

I have enclosed a proposed Stipulation reflecting this arrangement, executed by counsel for Plaintiffs and by me. The parties respectfully request that the Court so-order the Stipulation.

NEW YORK · 875 Third Avenue · New York, NY 10022 · Tel 212.603.2000 · Fax 212.603.2001      www.thelen.com

A copy of this letter and its enclosure are being simultaneously telecopied to Plaintiff's counsel.

Respectfully submitted,

Joseph W. Muccia

JWM/zs
Enclosure

cc:    Helene M. Freeman (by telecopy)
       Attorney for Plaintiff

NY #1194184 v1

10/10/07
Oct 12 to answer
or move is OK this
is your third adjournment
there will be no more
See you on 11/1/07
SO ORDERED

USDJ

Endorsement:

October 12 to answer or move is OK this is your third adjournment there will be no more - see you on 11/1/07.