ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07

RECEIVED

DEC 1 - 2007

[signature] _____
U.S. DISTRICT JUDGE
S.D.N.Y.

Helene M. Freeman
Sandra Edelman
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Plaintiff

Joseph W. Muccia
THELEN REID BROWN RAYSMAN
& STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE INSTITUTE OF ELECTRICAL AND
ELECTRONICS ENGINEERS, INC.,

    Plaintiff,

-against-

TAYLOR & FRANCIS GROUP, LLC AND CRC
PRESS, an imprint of TAYLOR & FRANCIS
GROUP, doing business as TAYLOR &
FRANCIS/CRC PRESS, formerly known as CRC
PRESS, LLC,

    Defendants.

07 CIV. 7521 (HB)

**ORDER OF DISCONTINUANCE**

---

    This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by December 11, 2007, any party may apply to have the action reopened.

Dated:      New York, New York
            October 12, 2007

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

DORSEY & WHITNEY LLP
Attorneys for Plaintiff

By: _____
    Helene M. Freeman
    Sandra Edelman
250 Park Avenue
New York, NY 10177
(212) 415-9200

THELEN REID BROWN RAYSMAN &
STEINER LLP
Attorneys for Defendants

By: _____
    Joseph W. Muccia
875 Third Avenue
New York, NY 10022
(212) 603-2000