**DORSEY**

DORSEY & WHITNEY LLP

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _____ |

HELENE M. FREEMAN
(212) 415-9239
FAX (212) 953-7201
freeman.helene@dorsey.com

December 10, 2007

DEC 1 0 2007

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Court
Southern District
500 Pearl Street
New York, NY 10007

    Re:   IEEE v. Taylor & Francis Group LLP et al.
           07 CV 7521

Dear Judge Baer:

This firm is counsel to the plaintiff in the above referenced action. On October 12, 2007, the Court entered an order discontinuing the action, subject to the ability of any party to reopen the action in the event that a settlement was not finalized by December 11, 2007. A copy of the order is enclosed. We are writing to request an extension of the time to reopen the action to and including December 20, 2007.

On December 6, 2007, the parties reached agreement on the terms of a settlement agreement that is in the process of being finalized. Since we anticipate that all steps required to finalize the settlement will be completed by December 20, 2007, in lieu of reopening the action today, we request that the Court extend the time in which the action may be reopened, should the settlement not be finalized, to and including December 20, 2007.

Respectfully submitted,

Helene M. Freeman

*[Handwritten note from Judge:] 12/11/07 First of all you did not copy the certification but your request to extend the time to reopen this action until 12/20 works out that I hope to grant. SO ORDERED. Harold Baer USDJ*

Enclosure

cc:   Joseph W. Muccia, Esq. (via fax)
       Jeana R. Lervick, Esq. (via fax)

DORSEY & WHITNEY LLP · WWW.DORSEY.COM · T 212.415.9200 · F 212.953.7201
250 PARK AVENUE · NEW YORK, NEW YORK 10177-1500
USA CANADA EUROPE ASIA

ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/07

RECEIVED
OCT 1 - 2007
U.S. DISTRICT JUDGE
S.D.N.Y.

Helene M. Freeman
Sandra Edelman
DORSEY & WHITNEY LLP
250 Park Avenue
New York, New York 10177
(212) 415-9200

Attorneys for Plaintiff

Joseph W. Muccia
THELEN REID BROWN RAYSMAN
& STEINER LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE INSTITUTE OF ELECTRICAL AND
ELECTRONICS ENGINEERS, INC.,

     Plaintiff,

 -against-

TAYLOR & FRANCIS GROUP, LLC AND CRC
PRESS, an imprint of TAYLOR & FRANCIS
GROUP, doing business as TAYLOR &
FRANCIS/CRC PRESS, formerly known as CRC
PRESS, LLC,

     Defendants.

---

07 CIV. 7521 (HB)

ORDER OF
DISCONTINUANCE

This cause having duly come on to be heard before me and the attorneys for all parties having advised the Court that all claims asserted herein are settled or are in the process of being settled, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. Should settlement not be finalized by December 11, 2007, any party may apply to have the action reopened.

Dated:   New York, New York
         October 12, 2007

_____
U.S.D.J.

I hereby consent to the entry of this proposed order:

DORSEY & WHITNEY LLP
Attorneys for Plaintiff

By: _____
Helene M. Freeman
Sandra Edelman
250 Park Avenue
New York, NY 10177
(212) 415-9200

THELEN REID BROWN RAYSMAN &
STEINER LLP
Attorneys for Defendants

By: _____
Joseph W. Muccia
875 Third Avenue
New York, NY 10022
(212) 603-2000

Endorsement:

    First of all my form talks only about you may "apply" to reopen and secondly I will give you the time but I certainly do not promise to grant your application so I hope it all works out.